UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL BELL,

                Plaintiff,                  ORDER

    v.                                      Case No. 17-cv-580-wmc

STOUGHTON TRAILERS, LLC,

                Defendant.

---

The court having been advised by counsel that the parties intend to file a stipulation of dismissal with prejudice, this case is hereby DISMISSED without prejudice. Any party may move to dismiss with prejudice or to reopen for good cause shown.

Entered this 16th day of January, 2019.

                                  BY THE COURT:

                                  /s/

                                  _____
                                  WILLIAM M. CONLEY
                                  District Judge